

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GOULD PAPER CORPORATION,

              Plaintiff,

        Civil Action No.

v.

        ECF   CASE

JOHN R. CURTIN and SALVATORE
CAPALBO,

             Defendants.      October 25, 2007
------------------------------------------------------------X

## PLAINTIFF'S DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), the plaintiff Gould Paper Corporation ("Gould") hereby states that it does not have a parent corporation, and that no publicly held corporation owns ten percent or more of Gould's stock.

              WHITMAN BREED ABBOTT &
              MORGAN LLC


        By: _____
           James C. Riley (JR 2621)
           500 West Putnam Avenue
           Greenwich, Connecticut 06830
           Tel:  (203) 862-2342
           Fax: (203) 869-1951
           jriley@wbamct.com

           *Attorneys for Plaintiff Gould*
           *Paper Corporation*

106915