UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GOULD PAPER CORPORATION,

       Plaintiff(s),   CASE NO. 07 CIV. 9524

 -against-

              **AFFIDAVIT OF SERVICE**

JOHN R. CURTIN, **ET ANO.**,

       Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK  )
         s.s:
COUNTY OF NEW YORK )

  MICHAEL J. KEATING, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
  That on the 25th day of October, 2007, at approximately 4:32 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S DISCLOSURE STATEMENT; JUDGES' RULES and ECF FILING INSTRUCTIONS** upon Salvatore Capalbo c/o Central National-Gottesman, Inc. at Manhattanville Road, Centre 3, 3rd Floor, Purchase, New York 10577 by personally delivering and leaving the same with Salvatore Capalbo, at that address. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.
  Salvatore Capalbo is a white male, approximately 40-45 years of age, is approximately 6 feet and 2 inches tall, weighs approximately 210 pounds, with short black and gray hair, and dark eyes and was wearing glasses.

Sworn to before me this
29th day of October, 2007

_____      _____
JOHN J. WALKER           MICHAEL J. KEATING #848345
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010