UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GOULD PAPER CORPORATION,

       Plaintiff(s),    CASE NO. 07 CIV. 9524

 -against-

              **<u>AFFIDAVIT OF SERVICE</u>**

JOHN R. CURTIN, **ET ANO.**,

       Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK )
         s.s:
COUNTY OF NEW YORK )

  MICHAEL J. KEATING, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

  That on the 25th day of October, 2007, at approximately 4:32 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S DISCLOSURE STATEMENT; JUDGES' RULES and ECF FILING INSTRUCTIONS** upon John R. Curtin c/o Central National-Gottesman, Inc. at Manhattanville Road, Centre 3, 3rd Floor, Purchase, New York 10577 by personally delivering and leaving the same with Salvatore Capalbo, who is a person of suitable age and discretion, at that address, the actual place of business of John R. Curtin. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

  Salvatore Capalbo is a white male, approximately 40-45 years of age, is approximately 6 feet and 2 inches tall, weighs approximately 210 pounds, with short black and gray hair, and dark eyes and was wearing glasses.

(1)

    That on the 29th day of October, 2007 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**John R. Curtin**
**c/o Central National-Gottesman, Inc.**
**Manhattanville Road, Centre 3, 3rd Floor**
**Purchase, New York 10577**

Sworn to before me this
29th day of October, 2007

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

_____
MICHAEL J. KEATING #848345

(2)