UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

GOULD PAPER CORPORATION,

        Plaintiff,

v.

JOHN R. CURTIN and SALVATORE CAPALBO,

        Defendants.

------------------------------------------------------X

Docket No. 07 CV 9524 (NRB)

**NOTICE OF APPEARANCE FOR DEFENDANT JOHN R. CURTIN (via ECF)**

PLEASE TAKE NOTICE that the law firm of Daly & Pavlis, LLC, by Deirdre M. Daly and Thomas J. Seigel, hereby appear on behalf of defendant John R. Curtin in the above-captioned matter. All correspondence and court filings should be sent to defendant Curtin's counsel at the address below and/or through electronic case filing as prescribed by the applicable rules.

Dated: November 14, 2007

        DALY & PAVLIS, LLC

        By: _[signature]_
        Deirdre M. Daly (DD-7874)
        Thomas J. Seigel (TS-5049)
        107 John Street
        Southport, CT 06890
        Telephone: (203) 255-6700
        Fax: (203) 255-1953
        ddaly@dalypavlis.com
        tseigel@dalypavlis.com

        *Counsel for John R. Curtin*