UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

GOULD PAPER CORPORATION

                     Plaintiff,

    -against-                                 07 CIVIL 9524 (NRB)

JOHN R. CURTIN and SALVATORE CAPALBO

                     Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **James Christopher Riley**

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: JR 2621

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: Whitman Breed Abbott & Morgan LLC

    To: (No change)

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ *Address:* 500 West Putnam Avenue, Greenwich, CT 06830

☐ *Telephone Number:* No Change

☐ *Fax Number:* No Change

☐ *E-Mail Address:* No Change

Dated: 11/15/07

                                    James C. Riley JR2621