UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

GOULD PAPER CORPORATION,

           Plaintiff,

v.

JOHN R. CURTIN and SALVATORE CAPALBO,

           Defendants.

------------------------------------------------------X

Docket No. 07 CV 9524 (NRB)

**STIPULATION AND ORDER ENLARGING TIME FOR DEFENDANTS TO MOVE OR ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the defendants JOHN R. CURTIN and SALVATORE CAPALBO shall have until December 17, 2007 to file motions or answers in response to the Complaint filed in the above-captioned matter.[1] There has been no prior extension of time to respond to the Complaint.

Dated: November 13, 2007

WHITMAN BREED ABBOTT & MORGAN LLC

BY: _____
James C. Riley (JR2621)
500 West Putnam Avenue
Greenwich, Connecticut 06830
Telephone: (203) 862-2342
Fax: (203) 869-1951
jriley@wbamct.com

*Counsel for Plaintiff Gould Paper Corp.*

DALY & PAVLIS, LLC

By: _____
Thomas J. Seigel (TS5649)
107 John Street
Southport, CT 06890
Telephone: (203) 255-6700
Fax: (203) 255-1953
tseigel@dalypavlis.com

*Counsel for John R. Curtin*

---

[1] Salvatore Capalbo is currently in the process of retaining counsel. At his request, counsel for John Curtin has agreed to seek this extension of time on his behalf as well but will not otherwise represent him in this action.

So Ordered.

_____   11/15/07
United States District Judge
Southern District of New York