*Buchwald, J-*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

GOULD PAPER CORPORATION,

    Plaintiff,    Civil Action No.
            07-CIV-9524 (NRB)

v.

            ECF CASE

JOHN R. CURTIN and SALVATORE
CAPALBO,

    Defendants.   January 31, 2008

-------------------------------------------------------X

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff Gould Paper Corporation hereby dismisses this action as to all defendants, with prejudice and without costs to any party.

THE PLAINTIFF
GOULD PAPER CORPORATION

By: _____
James C. Riley (JR 2621)
Whitman Breed Abbott & Morgan LLC
500 West Putnam Avenue
Greenwich, CT 06830
Tel: (203) 862-2342
Fax: (203) 869-1951
jriley@wbamct.com

So Ordered:
*Naomi Reice Buchwald, USDJ*
February 5, 2008